IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JEREMY HERRICK SIMON                                                                  PLAINTIFF

V.                              CASE NO. 5:16-CV-5185

FORMER SHERIFF KELLY CRADDUCK;
TRANSPORT DEPUTY GARRET; and
NURSE TYRANNY RAY                                                                     DEFENDANTS

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 40) filed in this case on July 6, 2017, by the Honorable Erin L. Wiedemann, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendants' Motions for Summary Judgment (Doc. 25 and Doc. 28) are **GRANTED** and Plaintiff's Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED on this 31st day of July, 2017.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE